# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY; and UNITED FINANCIAL CASUALTY COMPANY,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>TYLER GABEL; and DUMP & RUN TRUCKING, LLC,<br><br>　　　　　Defendants. | CV 20-43-BLG-SPW-TJC<br><br>ORDER |

Upon the Stipulation for Dismissal (Doc. 10) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

DATED this 30th day of November, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1